1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 YURI GEORGIEVSKI,                              )
                                                  ) No. C 07-3703 MJJ
13         Plaintiff,                       )
                                                  )
14        v.                                )
                                                  ) **STIPULATION TO DISMISS; AND**
15 MICHAEL CHERTOFF, Secretary of the            ) **[PROPOSED] ORDER**
   Department of Homeland Security;              )
16 EMILIO T. GONZALEZ, Director of the           )
   U.S. Citizenship and Immigration Services;    )
17 DAVID N. STILL, San Francisco District        )
   Director, the U.S. Citizenship and Immigration)
18 Services;                                     )
   ROBERT S. MUELLER, III, Director of the       )
19 Federal Bureau of Investigations,             )
                                                  )
20         Defendants.                      )
   _____)
21

22     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25
26 prepared to adjudicate plaintiff's application for naturalization, and agrees to do so within 30 days

27 of the dismissal of this action.

28     Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3703 MJJ                                             1

1 | Date: September ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: September 7, 2007

_____
YURI GEORGIEVSKI
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

MARTIN J. JENKINS
United States District Judge

Stipulation to Dismiss
C07-3703 MJJ

2