1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  YURI GEORGIEVSKI,                    )
                                         )  No. C 07-3703 MJJ
13              Plaintiff,               )
                                         )
14        v.                             )
                                         )  **STIPULATION TO DISMISS; AND**
15  MICHAEL CHERTOFF, Secretary of the   )  **[PROPOSED] ORDER**
    Department of Homeland Security;     )
16  EMILIO T. GONZALEZ, Director of the  )
    U.S. Citizenship and Immigration Services; )
17  DAVID N. STILL, San Francisco District )
    Director, the U.S. Citizenship and Immigration )
18  Services;                           )
    ROBERT S. MUELLER, III, Director of the )
19  Federal Bureau of Investigations,   )
                                         )
20              Defendants.              )
    _____ )
21

22      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24  prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25  prepared to adjudicate plaintiff's application for naturalization, and agrees to do so within 30 days

26
27  of the dismissal of this action.

28      Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C07-3703 MJJ                           1

1  Date: September ____, 2007

2

3

4

5

6

7

8

9  Date: September 7, 2007

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

YURI GEORGIEVSKI
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   Sept. 11, 2007

IT IS SO ORDERED
Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
C07-3703 MJJ

2